# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163084-5 (81)(82)

HORACE SHEFFIELD, III, and RODRICK HARBIN,
    Plaintiffs-Appellees,

v

DETROIT CITY CLERK and DETROIT ELECTION COMMISSION,
    Defendants,

and

DETROIT CHARTER REVISION COMMISSION,
    Intervening Defendant-
    Appellant.

SC: 163084
COA: 357298
Wayne CC: 21-006043-AW

_____/

ALLEN A. LEWIS and INGRID D. WHITE,
    Plaintiffs-Appellees,

v

DETROIT CITY CLERK and DETROIT ELECTION COMMISSION,
    Defendants,

and

DETROIT CHARTER REVISION COMMISSION,
    Intervening Defendant-
    Appellant.

SC: 163085
COA: 357299
Wayne CC: 21-006040-AW

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's June 4, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2021



a0615

Clerk